ISAAC PETKER, Landlord, Appellant, *v.* PASQUALE OCCHINI, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, June 6, 1946.

*Harry Davis* for appellant.

*J. Kolsin Crossman* and *Bernard Meyerson* for respondent.

MEMORANDUM *Per Curiam.* It was improper to stay the issuance of a warrant beyond the period permitted by statute (Civ. Prac. Act, § 1436-a).

The order dated April 12, 1946, modifying final order in favor of landlord, should be unanimously reversed upon the law, with $10 costs to landlord, and motion denied, with $10 costs.

MACCRATE, SMITH and STEINBRINK, JJ., concur.

Order reversed, etc.